**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Manuel Eduardo ALONSO–OCHOA,**
**Defendant–Appellant.**

No. 09–10402.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 7, 2010.

Robert A. Bork, U.S. Attorney's Office, Las Vegas, NV, for Plaintiff–Appellee.

Brenda Weksler, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Manuel Eduardo Alonso–Ochoa appeals from the 24–month sentence imposed following the revocation of his supervised release. ·We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Alonso–Ochoa contends that the district court erred by basing its sentencing decision on impermissible factors. The record shows that the district court did not rely primarily on factors that were inappropriate for consideration. *See United States v. Miqbel,* 444 F.3d 1173, 1182 (9th Cir.2006); *see also United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007). Moreover, in light of the totality of the circumstances, the district court's sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

